378

Mavis M. Coleman, f/k/a Mavis M. Brown, Plaintiff-Appellant, *v.* Wayne O. Brown, Defendant-Appellee.

(No. 72-210; ▮▮▮▮▮▮▮▮▮▮▮)

Second District—August 7, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Pedderson, Menzimer, Conde, Stoner, Ferolie & Spelman, of Rockford, for appellant.

Yalden & Ridings, of Rockford, for appellee.